THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN R. UMPHLETT,<br><br>Defendant. | CASE NO. CR19-0176-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Jonathan Umphlett's unopposed motion to continue the trial date and the pretrial motions deadline (Dkt. No. 12). Defendant Kilgore has filed a speedy trial waiver up to and including May 4, 2020. (*See* Dkt. No. 13.) Having considered the motion and the relevant record, the Court hereby FINDS that:

1. Failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

2. The additional time requested is a reasonable period of delay, as Defendant Kilgore has requested more time to prepare for trial, investigate the matter, gather evidence material to the defense, and consider possible defenses;

3. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and Defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

ORDER
CR19-0176-JCC
PAGE - 1

4. The additional time requested between the current trial date and the new trial date is necessary to provide defense counsel reasonable time to prepare for trial considering counsel's schedule and all of the facts set forth above.

For the foregoing reasons, Defendant Kilgore's motion to continue the trial date and the pretrial motions deadline (Dkt. No. 12) is GRANTED. It is therefore ORDERED that the trial date is CONTINUED from November 25, 2019, to April 20, 2020, at 10:00 a.m. and that the time between the date of this order and the new trial date is excludable time under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(ii), and 3161(h)(7)(B)(iv). Any pretrial motions shall be filed no later than February 13, 2020.

DATED this 18th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE