THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>  Plaintiff,  <br><br>  v.  <br><br> JOHNATHAN R. UMPHLETT,  <br><br>  Defendant. | CASE NO. CR19-0176-JCC  <br><br> ORDER |

This matter comes before the Court on Defendant Jonathan Umphlett's unopposed motion to proceed with a guilty plea by video conference (Dkt. No. 21). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

I.     BACKGROUND

On September 18, 2019, Mr. Umphlett was charged with possessing child pornography, (*see* Dkt. No. 3), and he has been detained since September 20, 2019, (*see* Dkt. No. 9). The parties have reached a plea agreement, and Mr. Umphlett now moves to proceed with a plea hearing by video conference. (*See* Dkt. No. 21.)

//

//

//

ORDER
CR19-0176-JCC
PAGE - 1

## II. DISCUSSION

Delaying Mr. Umphlett's plea hearing would cause serious harm to the interests of justice. *See* General Orders 04-20, 09-20, 14-20. Under General Order 15-20, in-person proceedings will not resume until at least January 1, 2021. *See* General Order 15-20. Delaying Mr. Umphlett's plea hearing and, as a consequence, his sentencing, by three months would cause serious harm to the interests of justice because Mr. Umphlett has a strong interest in the speedy resolution of this matter now that he has decided to plead guilty.

## III. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendant Johnathan Umphlett's motion to proceed with a guilty plea by video conference (Dkt. No. 21) and ORDERS that Mr. Umphlett's plea hearing be scheduled before a Magistrate Judge as soon as practicable and be conducted by video conference.

DATED this 5th day of October 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE