THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNATHAN R. UMPHLETT,<br><br>  Defendant. | CASE NO. CR19-0176-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Jonathan Umphlett's unopposed motion to continue sentencing (Dkt. No. 30). Mr. Umphlett moves to continue his sentencing hearing until September 2021 so that he can attend his sentencing hearing in person. (*See id.* at 1–2.) If conditions related to COVID-19 improve such that an in-person sentencing hearing is possible sooner, Mr. Umphlett intends to move for an earlier hearing date. (*See id.* at 1.) Having considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and CONTINUES Mr. Umphlett's sentencing hearing to September 1, 2021 at 9:00 a.m.

//
//
//
//

ORDER
CR19-0176-JCC
PAGE - 1

DATED this 30th day of March 2021.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE